# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

ARTIE E. PIERCE, III                                                                                     PLAINTIFF

V.                                   NO. 1:05CV00076 JLH/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## ORDER

Plaintiff was granted permission to proceed *in forma pauperis* on October 11, 2005.  *See* docket entry #3.  Plaintiff's counsel, Mr. Alan V. Seagrave, III, has orally informed the Court that he elects to perfect service through the United States Marshals Service.  Mr. Seagrave must provide the necessary Form 285, along with three copies of the Complaint and Summonses to the Marshal, who is directed to serve Defendant, without prepayment of fees and costs or security therefor.  In order for proper deadlines to be set, counsel must title the return of service in social security appeals as "Summons Returned Executed as to USA."

IT IS SO ORDERED this 7th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE